IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC,<br>*Plaintiff*,<br>v.<br>BOSTON MARKET CORPORATION,<br>*Defendant*. | § § § § § § § § § § | Case No. 2:19-CV-00192-JRG-RSP<br>LEAD CASE |
| GEOGRAPHIC LOCATION INNOVATIONS LLC,<br>*Plaintiff*,<br>v.<br>CVS PHARMACY, INC.,<br>*Defendant*. | § § § § § § § § § § | Case No. 2:19-CV-00194-JRG-RSP<br>CONSOLIDATED CASE |

# ORDER

Before the Court is Plaintiff Geographic Location Innovations LLC's ("GLI") Unopposed Motion to Dismiss ("Motion"). (Dkt. No. 21.) This Motion seeks to dismiss all claims against Defendant CVS Pharmacy, Inc. ("CVS") with prejudice with each party to bear its own attorneys' fees and costs. (*Id*.)

After consideration, the Court **GRANTS** GLI's Motion. It is therefore **ORDERED** that all of GLI's claims against CVS are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that GLI and CVS shall each bear their own attorneys' fees and costs with respect to these claims. The clerk is directed to close the lead case (2:19-cv-00192-JRG-RSP) and the consolidated case (2:19-cv-00194-JRG-RSP) as no active defendants remain.[1]

---

[1] Defendant Boston Market Corporation has already been dismissed from this action. (*See* Dkt. No. 18.)

**So ORDERED and SIGNED this 1st day of October, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE